the Circuit Court of Appeals for the Ninth Circuit denied. *Denver S. Church* for petitioners. *Acting Solicitor General Washington, Peyton Ford, Paul A. Sweeney* and *Harry I. Rand* for respondent.

No. 1307. WABASH OIL & GAS ASSOCIATION *v.* COMMISSIONER OF INTERNAL REVENUE. June 9, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Edmund A. Whitman* for petitioner. *Acting Solicitor General Washington, Sewall Key, Robert N. Anderson* and *S. Dee Hanson* for respondent.

No. 1310. BUSH TERMINAL RAILROAD Co. *v.* BUSH TERMINAL BUILDINGS Co. June 9, 1947. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, Second Judicial Department, denied. *Arthur Garfield Hays, John Schulman* and *Osmond K. Fraenkel* for petitioner. *Abner J. Grossman, Martin A. Schenck* and *Charles E. Cotterill* for respondent.

No. 1313. KEMPE *v.* UNITED STATES. June 9, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Eugene D. O'Sullivan* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1326. HENDERSON, EXECUTOR, *v.* ROGAN, EXECUTRIX. June 9, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Todd W. Johnson* for petitioner. *Acting Solicitor Gen-*